No. 86–761. FORRESTER v. WHITE. C. A. 7th Cir. Certiorari granted.

No. 86–803. BOOS ET AL. v. BARRY, MAYOR OF THE DISTRICT OF COLUMBIA, ET AL. C. A. D. C. Cir. Certiorari granted.

No. 86–863. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. KIZER, DIRECTOR OF CALIFORNIA DEPARTMENT OF HEALTH SERVICES, ET AL. C. A. 9th Cir. Certiorari granted.

No. 86–937. UNITED STATES v. ROBINSON. C. A. 6th Cir. Certiorari granted.

No. 86–986. SCHNEIDEWIND ET AL. v. ANR PIPELINE CO. ET AL. C. A. 6th Cir. Certiorari granted.

No. 86–987. HAIG ET AL. v. BISSONETTE ET AL. C. A. 8th Cir. Certiorari granted.

No. 86–1021. CARNEGIE-MELLON UNIVERSITY ET AL. v. COHILL, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari granted.

No. 86–1108. VERMONT v. COX. Sup. Ct. Vt. Certiorari granted.

No. 85–2079. LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA ET AL. v. ADVANCED LIGHTWEIGHT CONCRETE CO., INC. C. A. 9th Cir. Motions of National Coordinating Committee for Multiemployer Plans, Laborers International Union of North America National (Industrial) Pension Fund, and Construction Laborers' Trust Funds for Southern California for leave to file briefs as *amici curiae* granted. Certiorari granted.